**Order entered October 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00181-CR

**PAULO ROGERIO OSTOLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82478-2017**

## ORDER

Before the Court is appellant's October 14, 2019 second motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before November 7, 2019.

/s/    BILL PEDERSEN, III
         JUSTICE